ACCEPTED
15-25-00123-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
8/12/2025 9:12 AM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
8/12/2025 9:12:58 AM
CHRISTOPHER A. PRINE
Clerk

Date: August 12, 2025

To: Fifteenth Court of Appeals and Travis County District Courts

Re: D-1-GN-24-002171, 15-25-00123-CV, Whittney Ford v. Ken Paxton, Jay Hartzell, The Texas Office of Attorney General, and The University of Texas at Austin

## LETTER REQUESTING COPY OF CLERKS RECORD

I, Whittney Ford, Appellant, request a digital copy of the clerk's record that was filed July 29, 2025, with the 15th Court of Appeals to be sent to my email address. The University of Texas Requested a Supplemental Designation on 8/05/2025, I am requesting a digital copy of the supplemental clerks record as well.

The reporters record from Chavela Crain concerning the hearing on the plea to the jurisdiction and motion for summary judgment that occurred July 15, 2025, at 9:00 AM, in the 53rd District Court, Travis County Texas is incomplete and incorrect.

The reporter's record is incomplete because it is void of significant response from The University of Texas at Austin as the two advocates from the attorney general's office both answered they were unsure twice about the existence of a current competition within the particular program which is the center of my Texas Public Information request and this suit and appeal against U.T. Austin. Both Rachel Behrendt and Zachary Rhines responded twice from repeated examination by the court from my repeated request of judicial notice of an adjudicative fact and this is not reflected in the reporter's record. The court asked the two more than once and since there was not any objection to the relevance of the URLs and the information contained, their uncertainty toward the accuracy precludes an award of summary judgment as the movants failed to show no genuine issue of material fact exists. I produced evidence of a disputed fact question that is material to U.T. Austin's request for immunity. "Evidence raises a genuine issue of material fact if reasonable and fair minded jurors could differ in their conclusions in light of all the summary judgment evidence presented", *City of Stephenville v. Belew*, 692 S.W.3d 347 citing *Goodyear Tire and Rubber Co. v. Mayes*, 236 S.W.3d 754 (Tex. 2007). Reasonable and fair minded jurors could and would differ it is fact that the Attorney General did not understand the accuracy of if the particular program was closed and not set to recur,

thus precluding U.T. Austin's allegation of satisfying an exception to mandatory disclosure and precluding an award of summary judgment. See Reporters Record pg. 40. See Texas Rules of Civil Procedure 166a(c), and Reporters Record pg. 48-49, and Texas Rules of Appellate Procedure 44.1(a). The court refused to take judicial notice and decided to distract me from the actual issues. This is not fair, and the refusal to take judicial notice of the adjudicative fact likely caused the rendering of unfair granting of the plea to the jurisdiction and motion for summary judgment.

Dated: August 12, 2025

Respectfully submitted,

By: /s/ Whittney Ford
Whittney Ford
Pro Se
4151 Wellborn Road
Apartment 1101A
Bryan, Texas 77801
wjacksonford@gmail.com
979-264-4944

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 104249315
Filing Code Description: Letter
Filing Description: letter_requesting_clerks_record
Status as of 8/12/2025 9:42 AM CST

Associated Case Party: The University of Texas at Austin

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Zachary Rhines | 24116957 | zachary.rhines@oag.texas.gov | 8/12/2025 9:12:58 AM | SENT |
| Martin Cohick | 24134042 | martin.cohick@oag.texas.gov | 8/12/2025 9:12:58 AM | SENT |
| Rachel Behrendt | 24130871 | rachel.behrendt@oag.texas.gov | 8/12/2025 9:12:58 AM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Wolfgang P.Hirczy de Mino | | wphdmphd@gmail.com | 8/12/2025 9:12:58 AM | SENT |